NUMBER 13-09-00541-CR


COURT OF APPEALS



THIRTEENTH DISTRICT OF TEXAS



CORPUS CHRISTI - EDINBURG


____________________________________________________________

 

ANTHONY SATTERWHITE, APPELLANT,


v.



THE STATE OF TEXAS, APPELLEE.

____________________________________________________________


On appeal from the 117th District Court


of Nueces County, Texas.


____________________________________________________________



MEMORANDUM OPINION


 

Before Chief Justice Valdez and Justices Yañez and Vela


Memorandum Opinion Per Curiam


 Appellant, Anthony Satterwhite, by and through his attorney, has filed a motion to
dismiss his appeal because he no longer desires to prosecute it. See Tex. R. App. P.
42.2(a). Without passing on the merits of the case, we grant the motion to dismiss
pursuant to Texas Rule of Appellate Procedure 42.2(a) and dismiss the appeal. 



Having dismissed the appeal at appellant's request, no motion for rehearing will be
entertained, and our mandate will issue forthwith.

 PER CURIAM


Do not publish. See Tex. R. App. P. 47.2(b). 

Delivered and filed

the 7th day of January, 2010.